```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 29753
   YOSHIKA S WILLIAMS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-5027
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/11/04 and confirmed on 10/08/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 8265.08 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T WIRELESS | FILED LATE | .00 | .00 | .00 |
| AMERICAN GROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 359.32 | .00 | 139.58 |
| HSBC AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM INS REGIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| AAFES | UNSECURED | 1134.85 | .00 | 440.84 |
| ROUNDUP FUNDING LLC | UNSECURED | 12399.35 | .00 | 4816.63 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 13893.52 | .00 | 13893.52 |
| PRINCIPAL PAID | .00 | .00 | 5397.05 | .00 | 5397.05 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5397.05 | .00 | 5397.05 |

The Debtor's attorney, TIMOTHY K LIOU                , was allowed $ 2700.00 and was paid $    250.00  direct and $   2450.00  through the plan.

The Trustee received $    367.95 .

Refunds to the Debtor totaled $      50.08 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 06/25/07                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
         CASE NO. 04 B 29753 YOSHIKA S WILLIAMS
```